# United States District Court
# District of Massachusetts

**Guistina Aprileo,**

PLAINTIFF

**v.**

**Cheryl Clapprood, individually and as Police Commissioner, Off. Richard T. Ward, Off. Thalia Castro, Off. Jason Bacis, individually and as officers of the Springfield Police Department, and City of Springfield,**

DEFENDANTS

**CIVIL ACTION NO. 3:21-CV-30114**

## NOTICE OF REMOVAL

The Defendants petition for removal to this Court of Civil Action No. 2179CV00540 which is presently pending in the Hampden County Superior Court.  In support, Defendants state the following:

1.  The Plaintiff filed the Superior Court action on October 18, 2021, against the defendants.

2.  The defendants were served the Complaint on November 1, 2021.  No responsive pleadings have been filed in Superior Court by the defendants.  This petition is filed in this Court within thirty (30) days after notice of the existence of the filing of the Superior Court action.

3.  The Superior Court action involves alleged unconstitutional conduct with regard to discrimination, deprivation of rights under the Constitution of United States of

America, and violation of civil rights of Plaintiff, a controversy arising under the laws

of the United States and is a civil action over which the United States District Court

has original jurisdiction in that the complaint alleges a potential violation of 42 U.S.C.

§ 1983. This Court therefore has original jurisdiction of the above-entitled action

pursuant to 28 USC § 1331, and removal of the action to this Court is proper pursuant to

28 USC § 1441(b).

4.  Written notice of the filing of this petition will be given to all parties as required by

    law.

5.  A true and correct copy of this petition will be filed with the Clerk of the Hampden

    County Superior Court as required by law.

6.  There is attached herewith a true and correct copy of all process, pleadings and orders

    obtained by the defendants which have been filed in the Superior Court action

    (Exhibit A).

WHEREFORE, the Defendants requests that the above-described Superior Court

action now be removed to this Court.

Respectfully submitted,
Defendants, Cheryl Clapprood, Off. Richard
T. Ward, Off. Thalia Castro, Off. Jason
Bacis and City of Springfield,
by their attorney,

Dated:  November 10, 2021              /s/ Lisa C. deSousa
                                      Lisa C. deSousa, Esq. BBO #546115
                                      CITY OF SPRINGFIELD LAW DEPATMENT
                                      1600 E. Columbus Ave., 2nd Fl.
                                      Springfield, Massachusetts 01103
                                      Tel:     (413) 886-5205
                                      ldesousa@springfieldcityhall.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within was this day served upon

Plaintiff by mailing copy of same to:

Jason R. Herrick, Esq.
10 School Street
Westfield, MA 01085

SIGNED under the pains and penalties of perjury this 10th day of November 2021.

                                       /s/ Lisa C. deSousa
                                      Lisa C. deSousa, Esq.