UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No. 3:21-cv-30114-KAR

GUISTINA APRILEO
Plaintiff

v.

CHERYL CLAPPROOD, ET AL
Defendants

_____

ANSWER OF THE DEFENDANT RICHARD WARD TO PLAINTIFF'S COMPLAINT
_____

1. The Defendant Ward admits allegations numbered 2., 3., 4., 5., 6., 10., 31., and 32.

2. The Defendant Ward denies allegations numbered 11., 12., 13., 14., 19., 20., 21., 22., 24., 25., 26., 33., 34., 35., 36., 38., and 40.

3. The Defendant Ward lacks knowledge sufficient to admit or deny allegations numbered 1., 8., 9., 15., 16., 17., 27., 29., and 30.

4. The Defendant Ward reasserts his previous responses to allegations numbered 7., 18., 23., 28., 37., and 39.

AFFIRMATIVE DEFENSES

First Affirmative Defense

The Plaintiff has failed to state a claim upon which relief can be granted.

Second Affirmative Defense

This Honorable Court lacks jurisdiction over the subject matter of this action.

### Third Affirmative Defense

The Defendant Ward is entitled to qualified immunity to the Plaintiff's claims, or was otherwise privileged in his actions.

### Fourth Affirmative Defense

The Defendant Ward cannot be liable for negligent acts, if any, and is not a proper party pursuant to G.L.c. 258.

The Defendant Ward demands a trial by jury.

FOR THE DEFENDANT RICHARD WARD

_____
Kevin B. Coyle
1299 Page Boulevard
Springfield, MA 01104
TEL 413 787 1524
FAX 413 7871703
BBO 103540

I certify that a copy of this document was served on counsel of record for all parties by filing with the Court's ECF system.

December 24, 2021

_____
Kevin B. Coyle

2