**COMMONWEALTH OF MASSACHUSETTS**
**HAMPDEN COUNTY**
**Docket Report**

---

**2179CV00540 Aprileo, Guistina vs. Cherly Clapprood, Individually and as Police Commissioner of the City of Springfield et al**

| | | |
|---|---|---|
| **CASE TYPE:** Torts | **FILE DATE:** | 10/18/2021 |
| **ACTION CODE:** B04 | **CASE TRACK:** | F - Fast Track |
| **DESCRIPTION:** Other Negligence - Personal Injury / Property Damage | | |
| **CASE DISPOSITION DATE:** 11/16/2021 | **CASE STATUS:** | Closed |
| **CASE DISPOSITION:** Transferred to another Court | **STATUS DATE:** | 11/16/2021 |
| **CASE JUDGE:** | **CASE SESSION:** | Civil A - Ct. Rm. 4 |

---

### PARTIES

| | | |
|---|---|---|
| **Plaintiff** <br> Aprileo, Guistina | **Attorney** <br> Jason R Herrick <br> Law Offices of Jason R Herrick, P.C. <br> Law Offices of Jason R Herrick, P.C. <br> 10 School St <br> Westfield, MA 01085 <br> Work Phone (413) 568-5200 <br> Added Date: 10/18/2021 | **647446** |
| **Defendant** <br> Cherly Clapprood, Individually and as Police <br> Commissioner of the City of Springfield | **Attorney** <br> Lisa Caryl Desousa <br> City of Springfield Law Dept. <br> City of Springfield Law Dept. <br> 1600 East Columbus Ave <br> Springfield, MA 01103 <br> Work Phone (413) 886-5205 <br> Added Date: 11/16/2021 | **546115** |
| **Defendant** <br> Officer J. Bacis | **Attorney** <br> Lisa Caryl Desousa <br> City of Springfield Law Dept. <br> City of Springfield Law Dept. <br> 1600 East Columbus Ave <br> Springfield, MA 01103 <br> Work Phone (413) 886-5205 <br> Added Date: 11/16/2021 | **546115** |
| **Defendant** <br> Officer Richard Ward | **Attorney** <br> Lisa Caryl Desousa <br> City of Springfield Law Dept. <br> City of Springfield Law Dept. <br> 1600 East Columbus Ave <br> Springfield, MA 01103 <br> Work Phone (413) 886-5205 <br> Added Date: 11/16/2021 | **546115** |

A TRUE COPY
OF THE DOCKET MINUTES
IN WITNESS WHEREOF, I hereunto
set my hand, and have caused the seal
of the Superior Court for the County
of Hampden to be affixed on this
19th day of November, 2021
Barbara Woludecki
Deputy Asst. Clerk

---

**COMMONWEALTH OF MASSACHUSETTS**
HAMPDEN COUNTY
Docket Report

| Defendant | Attorney | 546115 |
|---|---|---|
| Officer T. Castro | Lisa Caryl Desousa<br>City of Springfield Law Dept.<br>City of Springfield Law Dept.<br>1600 East Columbus Ave<br>Springfield, MA 01103<br>Work Phone (413) 886-5205<br>Added Date: 11/16/2021 | |
| Defendant | Attorney | 546115 |
| The City of Springfield | Lisa Caryl Desousa<br>City of Springfield Law Dept.<br>City of Springfield Law Dept.<br>1600 East Columbus Ave<br>Springfield, MA 01103<br>Work Phone (413) 886-5205<br>Added Date: 11/16/2021 | |

| FINANCIAL DETAILS | | | | | |
|---|---|---|---|---|---|
| Date | Fees/Fines/Costs/Charge | Assessed | Paid | Dismissed | Balance |
| 10/19/2021 | Civil Filing Fee (per Plaintiff) Receipt: 28163 Date: 10/19/2021 | 240.00 | 240.00 | 0.00 | 0.00 |
| 10/19/2021 | Civil Security Fee (G.L. c. 262, § 4A) Receipt: 28163 Date: 10/19/2021 | 20.00 | 20.00 | 0.00 | 0.00 |
| 10/19/2021 | Civil Surcharge (G.L. c. 262, § 4C) Receipt: 28163 Date: 10/19/2021 | 15.00 | 15.00 | 0.00 | 0.00 |
| 10/19/2021 | Fee for Blank Summons or Writ (except Writ of Habeas Corpus) MGL 262 sec 4b Receipt: 28163 Date: 10/19/2021 | 25.00 | 25.00 | 0.00 | 0.00 |
| | **Total** | **300.00** | **300.00** | **0.00** | **0.00** |

COMMONWEALTH OF MASSACHUSETTS
**HAMPDEN COUNTY**
**Docket Report**

| | | INFORMATIONAL DOCKET ENTRIES | |
|---|---|---|---|
| **Date** | **Ref** | **Description** | **Judge** |
| 10/18/2021 | | Attorney appearance<br>On this date Jason R Herrick, Esq. added for Plaintiff Guistina Aprileo | |
| 10/18/2021 | | Case assigned to:<br>DCM Track F - Fast Track was added on 10/18/2021 | |
| 10/18/2021 | 1 | Original civil complaint filed. | |
| 10/18/2021 | 2 | Civil action cover sheet filed. | |
| 10/18/2021 | | Demand for jury trial entered. | |
| 10/19/2021 | | General correspondence regarding Mailed Order on scheduling of civil six person jury trails notice and five summonses. | |
| 10/19/2021 | | EDocument sent:<br>A Tracking Order was generated and sent to:<br>Plaintiff, Attorney:  Jason R Herrick, Esq. Law Offices of Jason R Herrick, P.C. 10 School St, Westfield, MA 01085 | |
| 11/08/2021 | 3 | Service Returned for<br>Defendant Cherly Clapprood, Individually and as Police Commissioner of the City of Springfield: Service through person in charge / agent; | |
| 11/08/2021 | 4 | Service Returned for<br>Defendant Officer Richard Ward: Service through person in charge / agent; | |
| 11/08/2021 | 5 | Service Returned for<br>Defendant Officer T. Castro: Service through person in charge / agent; | |
| 11/08/2021 | 6 | Service Returned for<br>Defendant Officer J. Bacis: Service through person in charge / agent; | |
| 11/08/2021 | 7 | Service Returned for<br>Defendant The City of Springfield: Service through person in charge / agent; | |
| 11/16/2021 | | Attorney appearance<br>On this date Lisa Caryl Desousa, Esq. added for Defendant Officer Richard Ward | |
| 11/16/2021 | | Attorney appearance<br>On this date Lisa Caryl Desousa, Esq. added for Defendant Cherly Clapprood, Individually and as Police Commissioner of the City of Springfield | |
| 11/16/2021 | | Attorney appearance<br>On this date Lisa Caryl Desousa, Esq. added for Defendant Officer T. Castro | |
| 11/16/2021 | | Attorney appearance<br>On this date Lisa Caryl Desousa, Esq. added for Defendant Officer J. Bacis | |
| 11/16/2021 | | Attorney appearance<br>On this date Lisa Caryl Desousa, Esq. added for Defendant The City of Springfield | |

| | | |
|---|---|---|
| 11/16/2021 | 8 | Notice of Removal to the United States District Court filed by |
| | | Applies To: Desousa, Esq., Lisa Caryl (Attorney) on behalf of Cherly Clapprood, Individually and as Police Commissioner of the City of Springfield, Officer J. Bacis, Officer Richard Ward, Officer T. Castro, The City of Springfield (Defendant) |
| 11/16/2021 | | Event Result:: Final Pre-Trial Conference scheduled on:                        Hodge 02/13/2023 02:00 PM |
| | | Has been: Canceled     For the following reason: Case Disposed |
| | | Hon. David Hodge, Presiding |
| 11/16/2021 | | Case transferred to another court. |

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss

**HAMPDEN COUNTY
SUPERIOR COURT
FILED**

NOV - 8 2021

CLERK OF COURTS

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO.
2179CV00540

Cristina Aprileo , PLAINTIFF(S)

V.                          SUMMONS

Cheryl Clapprood, et al , DEFENDANT(S)

To the above named defendant: The City of Springfield

You are hereby summoned and required to serve upon Jason R. Herrick, plaintiff's attorney, whose address is 10 School Street, Westfield, MA 01085, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Heidi E. Brieger, Esq., at Springfield the _____ day of _____ in the year of our Lord two thousand

true copy.
Attest:
Barbara Holubecki
Deputy Assistant Clerk

Laura S. Gentile, Esquire
CLERK OF COURTS

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No. 1



**Office of the Sheriff**          PROOF OF SERVICE OF PROCESS
**Hampden County** ● 95 Liberty St.

**Office of the Sheriff**
**Hampden County** ● 95 Liberty St. ● PO Box 5005 ● Springfield, MA 01101-5005 ● 413-732-5772

November 2, 2021

I hereby certify and return that on 11/1/2021 at 1:25 PM I served a true and attested copy of the S & C W/CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to HEATHER DUFFY, LAW DEPT, , agent, person in charge at the time of service for CITY OF SPRINGFIELD, MAYOR DOMENIC SARNO 36 COURT STREET SPRINGFIELD, MA 01103 . Attestation X 1 ($5.00) Basic Service Fee ($30.00) Mailing1 ($2.00) Total: $37.00

*Robert Hoffman*

**Deputy Sheriff**

Deputy Sheriff **ROBERT HOFFMAN, JR.**

N.B. TO PROCESS SERVER:
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN THIS BOX <u>ON THE</u>
<u>ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

```
                                    (                    )
                                    (         , 20       )
                                    (                    )
```

A true copy.

Attest:

*Barbara Holubecka*

Deputy Assistant Clerk

2021 NOV -8 P 12: 06
HAMPDEN COUNTY

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
(TORT) - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN COUNTY
SUPERIOR COURT
**FILED**

NOV - 8 2021

*~Jean Sfank~*
CLERK OF COURTS

**HAMPDEN, ss**

**SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO.**
2179CV00540

_Gustine Apr.leo_ , PLAINTIFF(S)

V.                          **SUMMONS**

_Cheryl Clapproad, Et al._ , DEFENDANT(S)

To the above named defendant: _Officer J. Bacis_

You are hereby summoned and required to serve upon _Jason R. Herrick_ , plaintiff's attorney, whose address is _10 School Street, Westfield, MA 01085_ an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Heidi E. Brieger, Esq., at Springfield the _____ day of _____ in the year of our Lord two thousand

true copy.

**Attest:**

_Barbara Holubecki_
~~Deputy~~ **Assistant Clerk**

*~Laura Gentile~*

Laura S. Gentile, Esquire
CLERK OF COURTS

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No. 1

NOTICE TO DEFENDANT – You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20 _____, I served a copy of the within

**Office of the Sheriff**
**Hampden County**  •  95 Liberty St.  •  PO Box 5005  •  Springfield, MA 01101-5005  •  413-732-5772

November 2, 2021

I hereby certify and return that on 11/1/2021 at 1:25 PM I served a true and attested copy of the S & C W/CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to HEATHER DUFFY, LAW DEPT, , agent, person in charge at the time of service for CITY OF SPRINGFIELD, SPFLD POLICE OFFICER J. BACIS 36 COURT STREET SPRINGFIELD, MA 01103 . Attestation X 1 ($5.00) Basic Service Fee ($30.00) Mailing1 ($2.00) Total: $37.00

**Deputy Sheriff ROBERT HOFFMAN, JR.**

**Deputy Sheriff**

PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT ON THE _____
ORIGINAL AND ON COPY SERVED ON DEFENDANT.

(                    )
(          , 20      )
(                    )

a true copy.

Attest:

~~Deputy~~ Assistant Clerk

2021 NOV -8 P 12: 06

HAMPDEN COUNTY
SUPERIOR COURT

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
(TORT) - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN COUNTY
SUPERIOR COURT
**FILED**

NOV - 8 2021

*(signature)*

CLERK OF COURTS

HAMPDEN, ss

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO.
2179CV00540

_Guistina Aprileo_____ , PLAINTIFF(S)

V.                          **SUMMONS**

_Cheryl Clappwood, et al.,_ DEFENDANT(S)

To the above named defendant: _Officer T. Castro_

    You are hereby summoned and required to serve upon _Jason R. Herrick_,
plaintiff's attorney, whose address is _10 School Street, Westfield, MA 01085_, an
answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon
you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the
Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time
thereafter.

    Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you
may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the
plaintiff's claim or you will thereafter be barred from making such claim in any other action.

    Witness, Heidi E. Brieger, Esq., at Springfield the _____ day of _____
in the year of our Lord two thousand

~~ue~~ copy.

Attest:

_Barbara Holubecki_
~~Deputy~~ Assistant Clerk

_(signature)_
Laura S. Gentile, Esquire
CLERK OF COURTS

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used
for each defendant, each should be addressed to the particular defendant.

FORM No. 1

*(vertical text in left margin, partially legible)* your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

5

## PROOF OF SERVICE OF PROCESS

**Office of the Sheriff**
**Hampden County** ● 95 Liberty St. ● PO Box 5005 ● Springfield, MA 01101-5005 ● 413-732-5772

_, 20    , I served a copy of the within
........ ...ed defendant, in the

November 2, 2021

I hereby certify and return that on 11/1/2021 at 1:25 PM I served a true and attested copy of the S & C W/CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to HEATHER DUFFY, LAW DEPT, , agent, person in charge at the time of service for CITY OF SPRINGFIELD, SPFLD. OFFICER T. CASTRO 36 COURT STREET SPRINGFIELD, MA 01103 . Attestation X 1 ($5.00) Basic Service Fee ($30.00) Mailing1 ($2.00) Total: $37.00

Deputy Sheriff ROBERT HOFFMAN, JR.

**Deputy Sheriff**

N.B. TO PROCESS SERVER:
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ....
ORIGINAL AND ON COPY SERVED ON DEFENDANT.

(                    )
(              , 20    )
(                    )

A true copy.

Attest:

~~Deputy~~ Assistant Clerk

Barbara Holubecki

'0 :2l d 8- VON l20Z
HAMPDEN COUNTY
SUPERIOR COURT

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
(TORT) MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN COUNTY
SUPERIOR COURT
**FILED**

**HAMPDEN, ss**

NOV - 8 2021

*Laura Gentile*
**CLERK OF COURTS**

**SUPERIOR COURT**
**DEPARTMENT OF THE TRIAL COURT**
**CIVIL ACTION NO.**
2179 CV 00540

_Guistina Aprileo_____, PLAINTIFF(S)

V.                                    **SUMMONS**

_Cheryl Clapprood, Et al.___, DEFENDANT(S)

To the above named defendant: *Officer Richard Ward*

You are hereby summoned and required to serve upon *Jason R. Heracle*, plaintiff's attorney, whose address is *10 School Street, Westfield, MA 01085*, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Heidi E. Brieger, Esq., at Springfield the _____ day of _____ in the year of our Lord two thousand

A true copy.

Attest:

*Barbara Holubecki*
~~Deputy~~ Assistant Clerk

*Laura S. Gentile*

Laura S. Gentile, Esquire
CLERK OF COURTS

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No. 1

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

4

PROOF OF SERVICE OF PROCESS



**Office of the Sheriff**
**Hampden County** • 95 Liberty St. • PO Box 5005 • Springfield, MA 01101-5005 • 413-732-5772

November 2, 2021

I hereby certify and return that on 11/1/2021 at 1:25 PM I served a true and attested copy of the S & C W/CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to HEATHER DUFFY, LAW DEPT, , agent, person in charge at the time of service for CITY OF SPRINGFIELD, OFFICER RICHARD WARD 36 COURT STREET SPRINGFIELD, MA 01103 . Attestation X 1 ($5.00) Basic Service Fee ($30.00) Mailing1 ($2.00) Total: $37.00

Deputy Sheriff **ROBERT HOFFMAN, JR.**

*Robert Hoffman*

**Deputy Sheriff**

**N.B. TO PROCESS SERVER:**
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN THIS BOX <u>ON THE</u>
<u>ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

(                    )
(        , 20        )
(                    )

A true copy.

Attest:

*Barbara Holubecki*

~~Deputy~~ Assistant Clerk

2021 NOV -8 P 12:05
HAMPDEN COUNTY
SUPERIOR COURT

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
(TORT) - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

# COMMONWEALTH OF MASSACHUSETTS

**HAMPDEN, ss**

HAMPDEN COUNTY
SUPERIOR COURT
**FILED**

NOV - 8 2021

*Yann Gub*
CLERK OF COURTS

**SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO.**
2179 C U 00540

*Gustina Aprileo* , PLAINTIFF(S)

V.                          **SUMMONS**

*Cheryl Clapprood, et al.* , DEFENDANT(S)

To the above named defendant: *Cheryl Clapprood*

   You are hereby summoned and required to serve upon *Jason R. Herrick*
plaintiff's attorney, whose address is *10 school street, westfield, MA 01085* , an
answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon
you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the
Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time
thereafter.

   Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you
may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the
plaintiff's claim or you will thereafter be barred from making such claim in any other action.

   Witness, Heidi E. Brieger, Esq., at Springfield the _____ day of _____
in the year of our Lord two thousand

*a true copy.*

**Attest:**

*Barbara Holubecki*
~~Deputy~~ Assistant Clerk

Laura S. Gentile, Esquire
CLERK OF COURTS

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used
for each defendant, each should be addressed to the particular defendant.

FORM No. 1

*(left margin, rotated text)* NOTICE TO DEFENDANT – You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on

**Office of the Sheriff**
**Hampden County**  ●  95 Liberty St.  ●  PO Box 5005  ●  Springfield, MA 01101-5005  ●  413-732-5772

November 2, 2021

I hereby certify and return that on 11/1/2021 at 1:25 PM I served a true and attested copy of the S & C W/CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to HEATHER DUFFY, LAW DEPT, , agent, person in charge at the time of service for CITY OF SPRINGFIELD, SPFLD POLICE CHERYL CLAPPROOD 36 COURT STREET SPRINGFIELD, MA 01103 .
Attestation X 1 ($5.00) Basic Service Fee ($30.00) Conveyance ($1.20) Mailing1 ($2.00) Travel ($2.56) Total: $40.76

*Robert Hoffman*
**Deputy Sheriff**

**Deputy Sheriff ROBERT HOFFMAN, JR.**

PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX <u>ON THE</u>
<u>ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

(                )
(        , 20    )
(                )

A true copy.
Attest:
*Barbara Holubecki*
Deputy Assistant Clerk

2021 NOV -8 P 12: 06

HAMPDEN COUNTY
SUPERIOR COURT

# CIVIL ACTION COVER SHEET

| DOCKET NUMBER | **Trial Court of Massachusetts** |
|---|---|
| 21 0540 | **The Superior Court** |

**COUNTY** Hampden Superior Court (Springfield)

| Plaintiff | Guistina Aprileo | Defendant | Cheryl Clapprod, Richard Ward, T. Castro, J. Bacis, and the City of Springfield |
|---|---|---|---|
| ADDRESS: | 46 Alderman Street, Springfield, MA 01108 | ADDRESS: | 130 Pearl Street, Springfield, MA 01105, and 36 Court Street |
| | | | Springfield, MA 01103 |

| Plaintiff Attorney: | Jason R. Herrick | Defendant Attorney: | HAMPDEN COUNTY |
|---|---|---|---|
| ADDRESS: | 10 School Street, Westfield, MA 01085 | ADDRESS: | SUPERIOR COURT **FILED** |
| | | | OCT 19 2021 |
| BBO: | 647446 | BBO: | *[signature]* CLERK OF COURTS |

### TYPE OF ACTION AND TRACK DESIGNATION (see instructions section below)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04 | Negligence, Personal Injury, and Civil Rights | F | ☒ YES  ☐ NO |

**\*If "Other" please describe:**

| Is there a claim under G.L. c. 93A? | Is there a class action under Mass. R. Civ. P. 23? |
|---|---|
| ☐ YES  ☒ NO | ☐ YES  ☒ NO |

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**

A. Documented medical expenses to date

   1. Total hospital expenses ......................................................... $3,231.00

   2. Total doctor expenses

   3. Total chiropractic expenses

   4. Total physical therapy expenses

   5. Total other expenses (describe below)

                          Subtotal (1-5): $3,231.00

B. Documented lost wages and compensation to date

C. Documented property damages to date

D. Reasonably anticipated future medical and hospital expenses

E. Reasonably anticipated lost wages

F. Other documented items of damages (describe below)

                          TOTAL (A-F): $3,231.00

*true copy: Attest: Barbara Holubecki Deputy Assistant Clerk*

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

left arm contusion, left elbow fracture, elbow sprain, and muscle spasms

### CONTRACT CLAIMS

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

| Signature of Attorney/Unrepresented Plaintiff: X *[signature]* | Date: 10/19/21 |
|---|---|

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

| Signature of Attorney/Unrepresented Plaintiff: X *[signature]* | Date: 10/19/21 |
|---|---|

SC0001: 1/22/2021         www.mass.gov/courts         Date/Time Printed:10-19-2021 09:49:07

# JRH

# THE LAW OFFICES OF JASON R. HERRICK, P.C.

Jason R. Herrick *
Anthony Gallant, OF COUNSEL **
Angelo J. Puppolo, Jr., OF COUNSEL ***
Walter Stewart, OF COUNSEL *

Robert G. Herrick, OFFICE MANAGER

* ADMITTED IN MASSACHUSETTS
* ADMITTED IN CONNECTICUT
* ADMITTED IN MAINE

October 19, 2021

Hampden Superior Court
Office of the Clerk
50 State Street
P.O. Box 559
Springfield, MA 01102-0559

**RE:** <u>Guistina Aprileo v. Cheryl Clapprood, et al.</u>

Dear Sir or Madam:

      <u>Enclosed please find the following document for filing:</u>

1.     **One Civil Action containing the proper Defendant, Cheryl Clapprood**

Thank you for your assistance in this matter. If you have any questions or concerns do not hesitate to contact us.

Very truly yours,

Jason R. Herrick, Esquire

JRH/gsk
Enclosures

10/19/2021    10:44                                    (FAX)                                    P.002/002

| CIVIL ACTION COVER SHEET | DOCKET NUMBER **21 0540** | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|

| | | COUNTY | Hampden Superior Court (Springfield) |
|---|---|---|---|

| Plaintiff | Gulstina Aprileo | Defendant: | Cheryl Clapprood, Richard Ward, T. Castro, J. Bacis, and the City of Springfield |
|---|---|---|---|
| ADDRESS: | 46 Alderman Street, Springfield, MA 01108 | ADDRESS: | 130 Pearl Street, Springfield, MA 01105, and 36 Court Street |
| | | | Springfield, MA 01103 |
| Plaintiff Attorney: | Jason R. Harrick | Defendant Attorney: | |
| ADDRESS: | 10 School Street, Westfield, MA 01085 | ADDRESS: | |
| BBO: | 647446 | BBO: | |

### TYPE OF ACTION AND TRACK DESIGNATION (see instructions section below)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04 | Negligence, Personal Injury, and Civil Rights | F | ☒ YES   ☐ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?   ☐ YES   ☒ NO       Is there a class action under Mass. R. Civ. P. 23?   ☐ YES   ☒ NO

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

#### TORT CLAIMS

A. Documented medical expenses to date

   1. Total hospital expenses ................................................... $3,231.00

   2. Total doctor expenses ................................................... _____

   3. Total chiropractic expenses ................................................... _____

   4. Total physical therapy expenses ................................................... _____

   5. Total other expenses (describe below) ................................................... _____

                                                    Subtotal (1-5): $3,231.00

B. Documented lost wages and compensation to date ................................................... _____

C. Documented property damages to date ................................................... _____

D. Reasonably anticipated future medical and hospital expenses ................................................... _____

E. Reasonably anticipated lost wages ................................................... _____

F. Other documented items of damages (describe below) ................................................... _____

                                                    TOTAL (A-F): $3,231.00

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

left arm contusion, left elbow fracture, elbow sprain, and muscle spasms

#### CONTRACT CLAIMS

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

| Signature of Attorney/Unrepresented Plaintiff: X | Date: 10/19/21 |
|---|---|

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

#### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

| Signature of Attorney/Unrepresented Plaintiff: X | Date: 10/19/21 |
|---|---|

 THE LAW OFFICES OF JASON R. HERRICK, P.C.

Jason R. Herrick
Anthony Gallant, OF COUNSEL
Angelo J. Puppolo, Jr., OF COUNSEL
Walter Stewart, OF COUNSEL
Timothy W. Macri, OF COUNSEL

Robert G. Herrick, OFFICE MANAGER

◊ ADMITTED IN MASSACHUSETTS
∴ ADMITTED IN CONNECTICUT
^ ADMITTED IN MAINE

## FAX COVER SHEET

**To:** Anne

**From:** Jason R. Herrick, Esquire

**Fax:** (413)-737-1611

**Date:** October 19, 2021

**RE:** **Guistina Aprileo v. Cheryl Clapprood, et al.**

Number of pages 2 including cover sheet

---

**NOTE:** Please find attached the Proper civil Action Cover Sheet for this matter containing the proper Defendant Cheryl Clapprood.

### STATEMENT OF CONFIDENTIALITY

This facsimile transmission contains information from the Law Offices of Jason R. Herrick, P.C.. The information contained in this facsimile transmission is strictly confidential and may also be subject to legal privileges. It is intended for the sole use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, duplication, disclosure or dissemination of, or reliance on, this communication or its contents is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone and return the original communication to us at the address above at our expense.

# CIVIL ACTION COVER SHEET

| DOCKET NUMBER | | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| | | COUNTY  Hampden Superior Court (Springfield) |

| Plaintiff | Guistina Aprileo | Defendant: | Jody D. Kasper, Richard Ward, T. Castro, J. Bacis, and the City of Springfield |
|---|---|---|---|
| ADDRESS: | 46 Alderman Street, Springfield, MA 01108 | ADDRESS: | 130 Pearl Street, Springfield, MA 01105, and 36 Court Street, Springfield, MA 01103 |

| Plaintiff Attorney: | Jason Herrick | Defendant Attorney: | |
|---|---|---|---|
| ADDRESS: | 10 School Street, Westfield, MA 01085 | ADDRESS: | |
| | | | |
| BBO: | 647446 | BBO: | |

## TYPE OF ACTION AND TRACK DESIGNATION (see instructions section below)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04 | Negligence, Personal Injury, and Civil Rights | F | ☒ YES  ☐ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?   ☐ YES   ☒ NO      Is there a class action under Mass. R. Civ. P. 23?   ☐ YES   ☒ NO

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**

A. Documented medical expenses to date

1. Total hospital expenses ................................................ $3,231.00
2. Total doctor expenses ................................................
3. Total chiropractic expenses ................................................
4. Total physical therapy expenses ................................................
5. Total other expenses (describe below) ................................................

Subtotal (1-5):  **$3,231.00**

B. Documented lost wages and compensation to date ................................................

C. Documented property damages to date ................................................

D. Reasonably anticipated future medical and hospital expenses ................................................

E. Reasonably anticipated lost wages ................................................

F. Other documented items of damages (describe below) ................................................

TOTAL (A-F):  **$3,231.00**

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

Left arm contusion, left elbow fracture, elbow sprain, and muscle spasms

HAMPDEN COUNTY
SUPERIOR COURT
FILED

OCT 18 2021

CLERK OF COURTS

## CONTRACT CLAIMS

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Unrepresented Plaintiff: X                              Date:

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

## CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney/Unrepresented Plaintiff: X                              Date:

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, SS.

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO.: 21 0540

|  |  |
|---|---|
| GUISTINA APRILEO, Plaintiff | ) ) ) |
| v. | ) ) |
| CHERYL CLAPPROOD, Individually and as Police Commissioner of the City of Springfield, OFFICER RICHARD WARD, OFFICER T. CASTRO, and OFFICER J. BACIS, Individually And as Police Officers of Springfield Police Department; and THE CITY OF SPRINGFIELD Defendant | ) ) ) ) ) ) ) ) ) ) ) ) |

COMPLAINT

HAMPDEN COUNTY
SUPERIOR COURT
**FILED**

OCT 1 8 2021

CLERK OF COURTS

## PARTIES

1. The Plaintiff, **Guistina Aprileo**, is a natural person who resides at 46 Alderman Street, Springfield, MA 01108.

2. The Defendant, **The City of Springfield,** is a municipal corporation organized under the laws of the Commonwealth of Massachusetts, and maintains and operates the Springfield Police Department located at 130 Pearl Street, Springfield, MA 01105.

3. The Defendant, **Police Commissioner Cheryl Clapprood,** individually and as Police Commissioner of the City of Springfield.

4. The Defendant, **Officer Richard Ward,** individually and as a police officer of the City of Springfield.

5. The Defendant, **Officer T. Castro,** individually and as a police officer of the City of

Springfield.

6. The Defendant, **Officer J. Bacis,** individually and as a police officer of the City of
   Springfield.

## FACTS

7. The Plaintiff repeats and incorporates by reference herein paragraphs 1 through 6.

8. On or about November 7, 2018, the Defendants, **Officer Richard ward, Officer T.
   Castro and Officer J. Bacis** were dispatched to the property of 46 Alderman Street,
   Springfield, MA 01108 for a report of a disturbance between the Plaintiff's children.

9. The Defendants, **Officer T. Castro and Officer J. Bacis,** were the first to arrive on the
   scene but the dispute had already ended.

10. The Defendants, **Officer T. Castro and Officer J. Bacis,** were speaking with the
    Plaintiff's children when the Defendant, **Officer Richard Ward,** arrived.

11. The Plaintiff, **Guistina Aprileo,** greeted the Defendant, **Officer Richard Ward,** at the
    front door to inform him that the dispute had ceased and he was no longer needed as the
    scene was under control.

12. The Defendant, **Officer Richard Ward,** elected to instead insult the Plaintiff, **Guistina
    Aprileo's,** parenting abilities and forced his way into the home.

13. The Defendant, **Officer Richard Ward,** proceeded to place the Plaintiff, **Guistina
    Aprileo,** in a forced arm bar breaking the Plaintiff's elbow in the process.

14. The Defendants, **Officer T. Castro and Officer J. Bacis,** did nothing in defense of the
    Plaintiff or to stop **Officer Richard Ward** from causing harm to the Plaintiff.

15. The Plaintiff was then held in jail overnight and was not provided any medical attention

16. It was not until the following morning after her release that she was able to seek proper

medical attention for her injuries.

17. On or about October 29, 2020, presentment letters pursuant to M.G.L. c. 258 were sent to Mayor Domenic J. Sarno (See Exhibit A), and Police Commissioner **Cheryl Clapprood** (See Exhibit B) by the late Attorney Harold I. Resnic.

## COUNT I- NEGLIGENCE

18. The Plaintiff repeats and incorporates by reference herein paragraphs 1 through 17.

19. The Springfield Police Department and its police officers failed to prevent its officers from causing harm to the Plaintiff.

20. The Defendants owed the Plaintiff a duty of reasonable care for her safety but failed to exercise the degree of care required.

21. The Defendants are liable for any foreseeable loss caused by their negligence.

22. As a direct result of the negligence of the Defendants, the Plaintiff has suffered personal injury, monetary loss, severe emotional stress and has been otherwise damaged.

WHEREFORE, the Plaintiff demands judgment in such an amount as the court deems equitable and just plus interest, attorney fees and costs.

## COUNT II: EXCESSIVE FORCE

23. The Plaintiff repeats and incorporates by reference herein paragraphs 1 through 22.

24. Springfield Police **Officer Richard Ward** used excessive force to force his way into the Plaintiff's home.

25. Springfield Police **Officers T. Castro** and **J. Bacis** failed to prevent or stop the excessive force used by **Officer Richard Ward** to prevent the harm to the Plaintiff.

26. The Plaintiff was physically assaulted by **Officer Ward** upon his wrongful entry into the home.

27. The Plaintiff has sought medical treatment for her injuries from the date of the incident to the present time.

WHEREFORE, the Plaintiff demands judgment in such an amount as the court deems equitable and just plus interest, attorney fees and costs.

## COUNT III: VIOLATION OF 42 U.S.C. 1983

28. The Plaintiff repeats and incorporates by reference paragraphs 1 through 28.

29. On or about November 7, 2018, **Springfield Officers T. Castro, J. Bacis,** and **Richard Ward** were dispatched to 46 Alderman Street, Springfield, MA 01108 for a report of a disturbance in process, which resulted in the Plaintiff sustaining severe personal injuries.

30. At all times material hereto, the Defendant, **Cheryl Clapprood,** was the duly appointed and presently acting Police Chief of the Springfield Police Department.

31. At all times material hereto, all individual Defendants were employed by the City of Springfield and acting under color of law in their official capacity.

32. At all times material hereto, the individual police officers were employed by the City of Springfield and acting under the color of law in their official capacity.

33. At all times material hereto, the individual Defendants, individually and in concert were acting under color of law, to wit, under the color of the statutes, ordinances, regulations, customs and usages of the Commonwealth of Massachusetts, and the County of Hampden. The individual Defendants engaged in the illegal conduct herein mentioned to the injury of the Plaintiff and deprived her of the rights, privileges, and immunities secured by the Plaintiff by the 14th Amendment of the Constitution of Untied States and the laws of the United States.

34. The City of Springfield acted in a grossly negligent manner and with deliberant

indifference in establishing and maintaining a custom of inadequate training and supervision.

35. The grossly negligent conduct of these Defendants deprived the Plaintiff of her constitutional right and led to permanent injury.

36. The harm caused to the Plaintiff was the result of the Defendants officers implements or executing the policies, practices, customs, or regulations officially adopted and promulgated by the Springfield Police Department under the direction of Commissioner **Cheryl Clapprood.**

WHEREFORE, the Plaintiff demands, pursuant to 42 U.S.C. 1983:

  a. That the Plaintiff be awarded damages in such amount as the Court deems equitable and just;

  b. That each of the individual Defendants be assessed punitive damages;

  c. That the Plaintiff be awarded reasonable costs and expenses of this action, including interest and attorney's fees.

## COUNT IV: VIOLATION OF M.G.L. C. 12 Sec. 11I

37. The Plaintiff repeats and incorporates by reference paragraphs 1 through 36.

38. The Defendants interfered or attempted to interfere by threat, intimidation or coercion, with the Plaintiff's exercise or enjoyment of rights secured by the Constitution of the United States or the Commonwealth of Massachusetts.

WHEREFORE, the Plaintiff demands, pursuant to 42 U.S.C. 1983:

  a. That the Plaintiff be awarded damages in such amount as the Court deems equitable and just;

  b. That the Plaintiff be awarded reasonable costs and expenses of this action

including interest and attorney's fees.

## COUNT 5: INTENTIONA INFLICTION OF EMOITONAL DISTRESS

39. The Plaintiff repeats and incorporates by reference paragraphs 1 through 38.

40. The acts and omissions of the Defendants constituted extreme and outrageous conduct,

which caused permanent injury and emotional stress to the Plaintiff.

WHEREFORE, the Plaintiff demands judgment in such an amount as the court deems
equitable and just plus interest, attorney fees and costs.

The Plaintiff respectfully requests a trial by jury as to all issues in this complaint.

The Plaintiff,
**Guistina Aprileo**

By:_____
Jason R. Herrick, Esquire
Law Office of Jason R. Herrick, P.C.
BBO # 647446
10 School Street
Westfield, MA  01085
(413) 568-5200 Telephone
(413) 568-5255 Fax

DATED: /0/15/21

a true copy.

Attest:

Barbara Holubecki
Deputy Assistant Clerk

# Exhibit A

LAW OFFICES OF

# HAROLD I. RESNIC

One Monarch Place
1414 Main Street, Suite 1450
Springfield, MA 01144
(413) 733-7110
Fax (413) 747-8044
harold@resniclaw.com

October 29, 2020

**Presentment Letter Sent via First-Class Certified Mail No. 7019 1120 0001 5763 7316**

The Honorable Mayor, Domenic J. Sarno
36 Court Street
Springfield, MA 01103

Re:    Guistina Aprileo v. City of Springfield, et al.
       Date of Arrest: November 7, 2018

Dear Mayor Domenic J. Sarno:

Please be advised that this office represents Guistina Aprileo, Valeria Aprileo, and Antonio Aprileo for injuries they sustained in connection with an incident occurring on November 7, 2018 at the address of 46 Alderman St., Springfield, MA. This letter is being sent pursuant to M.G.L. c.258. The incident in question relates to a reported domestic dispute that took place at the above-stated address in the afternoon hours of November 7, 2018.

## BACKGROUND

A brief summary of the facts relative to this claim is as follows: On November 30, 2018, the Springfield Police were summoned to a house at 46 Alderman St, where Guistina Aprileo and her children reside, regarding a potential domestic disturbance between Ms. Aprileo's

children. The officers who showed up at the scene of the alleged disturbance were Officers Richard Ward, Officer T. Castro, and Officer J. Bacis.

On November 7, 2018, Giustina Aprileo called the Springfield Police to check in on her arguing children. Previous to this encounter, the police have done well-being/crisis checks on Ms. Giustina Aprileo and her children. Her children have mental health issues from years of domestic abuse caused by their father.

Two officers arrived and they were interviewing the kids who were home, Valeria Aprileo, Antonio Aprileo, Anna-bella Aprileo, and their visiting friend Lianna. Giustina Aprileo then saw third officer arriving, Officer Richard Ward, and greeted him at the door. The scene was under control. There was no known knife threat as written in Officer Ward's police report.

Officer Ward, upon entry of the house, told Giustina Aprileo that she needed to, "Kick her children out, and she was an unfit mother." In reply to this she told Officer Ward he was not needed, and he should leave her house.

Officer Ward then proceeded to forcibly arrest Giustina Aprileo by putting her in arm bar take down and breaking her elbow in the process. When her child Anna-bella came to see what was taking place, Officer Ward reached out and started to choke her. Valeria started to record the incident and then Officer Ward used his O.C.(pepper spray) on her and Antonio who had also came into the room at this time. The other police officers on the scene did not act in defense of Ms. Aprileo or her children. Giustina Aprileo, and her two children, Antonio and Valeria were then brought to the police station for booking.

<u>LIABILITY</u>

The City of Springfield was negligent in the way it trained and supervised its police officers, which was the direct and proximate cause of the permanent injuries sustained by my clients.

Whether Officer Ward acted in a reasonable manner when addressing the November 7, 2018 incident regarding Ms. Aprileo and her children is a question that is answered quite easily. The Officer's actions after the point of entry were unnecessary and highly unprofessional. There was no indication of exigent circumstances, and threats being directed

toward himself or the other officers on the scene. Ms. Aprileo states by the time Officer Ward arrived the arguing had ceased, and her son was stable and calm.

If Ms. Aprileo was acting belligerently and/or verbally assaulting them, the act of throwing her onto the outer porch was unnecessary, malicious and illegal. Officer Ward chose the most destructive option because he was angry at her. Guistina Aprileo suffered from a Coracoid fracture in her left elbow. A rare hard-to-treat fracture. She missed approximately three months of work as a result. Valeria Aprileo and Antonio Aprileo both suffer from post-traumatic stress syndrome and debilitating depression.

Finally, Ms. Aprileo was charged with three offenses relating to the events of November 7, 2018: Resisting Arrest; Disorderly Conduct; and Assault and Battery on a Police Officer. Ms. Aprileo's charges were dismissed. Her children's charges remain on their records, hindering them further.

Pursuant to M.G.L. c. 258, you have six months to investigate this claim before making a reasonable offer of settlement. In an attempt to expedite this process, I am prepared to provide you with any and all documentation you may need to fully assess the validity of this claim.

Sincerely,

Harold I. Resnic, Esq.

HIR/rc

# Exhibit
# B

LAW OFFICES OF

# HAROLD I. RESNIC

One Monarch Place
1414 Main Street, Suite 1450
Springfield, MA 01144
(413) 733-7110
Fax (413) 747-8044
harold@resniclaw.com

October 29, 2020

**Presentment Letter Sent via First-Class Certified Mail No. 7019 1120 0001 5763 7309**

City of Springfield Police Department
Attn: Springfield Police Commissioner Cheryl Clapprood
130 Pearl Street
Springfield, MA 01105

Re:    <u>Guistina Aprileo v. City of Springfield, et al.</u>
       Date of Arrest: November 7, 2018

Dear Commissioner Cheryl Clapprood:

Please be advised that this office represents Guistina Aprileo, Valeria Aprileo, and Antonio Aprileo for injuries they sustained in connection with an incident occurring on November 7, 2018 at the address of 46 Alderman St., Springfield, MA. This letter is being sent pursuant to M.G.L. c.258. The incident in question relates to a reported domestic dispute that took place at the above-stated address in the afternoon hours of November 7, 2018.

<u>BACKGROUND</u>

A brief summary of the facts relative to this claim is as follows: On November 30, 2018, the Springfield Police were summoned to a house at 46 Alderman St, where Guistina Aprileo and her children reside, regarding a potential domestic disturbance between Ms. Aprileo's

children. The officers who showed up at the scene of the alleged disturbance were Officers
~~Richard Ward, Officer T. Castro,~~ and ~~Officer J. Doss.~~

On November 7, 2018, Guistina Aprileo called the Springfield Police to check in on her
arguing children. Previous to this encounter, the police have done well-being/crisis checks on
Ms. Guistina Aprileo and her children. Her children have mental health issues from years of
domestic abuse caused by their father.

Two officers arrived and they were interviewing the kids who were home, Valeria Aprileo,
Antonio Aprileo, Anna-bella Aprileo, and their visiting friend Lianna. Guistina Aprileo then
saw third officer arriving, Officer Richard Ward, and greeted him at the door. The scene was
under control. There was no known knife threat as written in Officer Ward's police report.

Officer Ward, upon entry of the house, told Guistina Aprileo that she needed to, "Kick her
children out, and she was an unfit mother." In reply to this she told Officer Ward he was not
needed, and he should leave her house.

Officer Ward then proceeded to forcibly arrest Guistina Aprileo by putting her in arm bar
take down and breaking her elbow in the process. When her child Anna-bella came to see
what was taking place, Officer Ward reached out and started to choke her. Valeria started to
record the incident and then Officer Ward used his O.C.(pepper spray) on her and Antonio
who had also came into the room at this time. The other police officers on the scene did not
act in defense of Ms. Aprileo or her children. Guistina Aprileo, and her two children, Antonio
and Valeria were then brought to the police station for booking.

<u>LIABILITY</u>

The City of Springfield was negligent in the way it trained and supervised its police
officers, which was the direct and proximate cause of the permanent injuries sustained by my
clients.

Whether Officer Ward acted in a reasonable manner when addressing the November
7, 2018 incident regarding Ms. Aprileo and her children is a question that is answered quite
easily. The Officer's actions after the point of entry were unnecessary and highly
unprofessional. There was no indication of exigent circumstances, and threats being directed

toward himself or the other officers on the scene. Ms. Aprileo states by the time Officer Ward arrived the arguing had ceased, and her son was stable and calm.

If Ms. Aprileo was acting belligerently and/or verbally assaulting them, the act of throwing her onto the outer porch was unnecessary, malicious and illegal. Officer Ward chose the most destructive option because he was angry at her. Guistina Aprileo suffered from a Coracoid fracture in her left elbow. A rare hard-to-treat fracture. She missed approximately three months of work as a result. Valeria Aprileo and Antonio Aprileo both suffer from post-traumatic stress syndrome and debilitating depression.

Finally, Ms. Aprileo was charged with three offenses relating to the events of November 7, 2018: Resisting Arrest; Disorderly Conduct; and Assault and Battery on a Police Officer. Ms. Aprileo's charges were dismissed. Her children's charges remain on their records, hindering them further.

Pursuant to M.G.L. c. 258, you have six months to investigate this claim before making a reasonable offer of settlement. In an attempt to expedite this process, I am prepared to provide you with any and all documentation you may need to fully assess the validity of this claim.

Sincerely,

Harold I. Resnic, Esq.

HIR/rc

 THE LAW OFFICES OF JASON R. HERRICK, P.C.

Jason R. Herrick *
Anthony Gallant, OF COUNSEL **
Angelo J. Puppolo, Jr., OF COUNSEL ***
Walter Stewart, OF COUNSEL *

Robert G. Herrick, OFFICE MANAGER

* ADMITTED IN MASSACHUSETTS
* ADMITTED IN CONNECTICUT
* ADMITTED IN MAINE

October 15, 2021

Hampden Superior Court
Office of the Clerk
50 State Street
P.O. Box 559
Springfield, MA 01102-0559

**RECEIVED**

OCT 1 8 2021

LAURA S. GENTILE
CLERK OF COURTS
HAMPDEN COUNTY

**RE:** Guistina Aprileo v. Jody D. Kasper, et al.

Dear Sir or Madam:

Enclosed please find the following document for filing:

1.    **One Complaint**
2.    **One Civil Action Coversheet; and**
3.    **One check in the amount of Three Hundred dollars and Zero cents ($300.00)**

Please send our office five (5) summons so that we may serve the Defendants in this matter. Thank you for your assistance in this matter. If you have any questions or concerns do not hesitate to contact us.

Very truly yours,

Jason R. Herrick, Esquire

JRH/gsk
Enclosures