# United States Court of Appeals
## For the First Circuit

No. 24-2081

GUISTINA APRILEO,

Plaintiff - Appellee,

v.

CHERYL CLAPPROOD, individually and as Police Commissioner, City of Springfield; CITY OF SPRINGFIELD; OFFICER RICHARD T. WARD, individually and as Police Officer, Springfield Police Department; OFFICER THALIA CASTRO, individually and as Police Officer, Springfield Police Department; OFFICER JASON BACIS, individually and as Police Officer, Springfield Police Department,

Defendants - Appellants.

**MANDATE**

Entered: December 2, 2025

In accordance with the judgment of November 10, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Mark G. Mastroianni
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Eric R. Atstupenas
Kevin B. Coyle
Emma Lerner Freeman
Anthony Gallant
Adam W. Hansen
Jason R. Herrick
Tyler James Kenefick
Marie L. Miller
Jaba Tsitsuashvili
Lisa Caryl deSousa